The Court
(nem. cm.) quashed the execution in this case, because'the supersedeas judgment, upon which it was issued, was not confessed until after the expiration of two months after the original judgment. See the following cases heretofore decided by this Court, namely, Hodgson v. Mountz & Knowles, at December term, 1806, (1 Cranch, C. C. 366); Smith v. Middleton, April term, 1821, (2 Cranch, C. C. 233); Mandeville v. Love, October term, 1821, (Id. 249); McSherry v. Queen et al., April term, 1823, (Id. 406); Holmes v. Bussard, April term, 1823, (Id. 401); and Thomas v. Elliot, October term, 1823, (Id. 432.)